NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK P. SLATTERY, JR. AND LFC NO. 1 CORP., ON BEHALF OF THEMSELVES AND ON BEHALF OF ALL OTHER SIMILARY SITUATED SHAREHOLDERS OF MERITOR SAVINGS BANK,**
*Plaintiffs,*

AND

**STEVEN ROTH AND INTERSTATE PROPERTIES,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

v.

**JOHN R. MCCARRON,**
*Movant-Appellant.*

---

2012-5041, -5068

---

Appeals from the United States Court of Federal Claims in 93-CV-280, Senior Judge Loren A. Smith

---

**ON MOTION**

---

# ORDER

The United States moves without opposition for a 14-day extension of time, until July 13, 2012, to file its opposition brief, and for a 14-day extension of time, until August 6, 2012, for the appellants to file their reply briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

_____JUL 1 3 2012_____          /s/ Jan Horbaly
           Date                      Jan Horbaly·
                                     Clerk

cc: Thomas M. Buchanan, Esq.
    Brian A. Mizoguchi, Esq.
    Richard J. Urowsky, Esq.
    Jeffrey B. McCarron, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 3 2012

JAN HORBALY
CLERK